UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | 11 B 12451 |
| NOT REALLY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Susan Pierson Sonderby |

## FIRST EXTENSION OF AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #46]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "October 31, 2011".

2. A new paragraph 4G is inserted in the Order which states as follows:
"The Bank is hereby granted a fully perfected first and senior security interest in all of the Debtor's bank accounts as additional adequate protection wherever those accounts are held or maintained, without the need to file any financing statements or pledge agreements."

3. A new paragraph 9C is inserted in the Order which states as follows:
"The security interest described in paragraph 4G is valid and perfected."

4. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

DATED:                                ENTERED:

                                      _____
                                      Honorable Susan Pierson Sonderby
                                      United States Bankruptcy Judge

                                      9. 6. 11

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#333

September 2011

**NOT REALLY, LLC**

|  | | Monthly Gross Rent |
|---|---|---:|
| **Total Gross Rent for September:** | $ | 33,633.39 |
| **September Expenses:** | | |
| Property Management & Overhead | $ | - |
| Property Repairs & Maintenance | $ | 1,681.67 |
| Section 8 Inspection Related Cost (8 properties) | $ | 1,600.00 |
| Section 8 Inspection Repairs (9 units) | $ | 5,400.00 |
| Tenant Replacement Repairs | $ | - |
| Work required by court | $ | 6,000.00 |
| Tree Cutting & General Clean Up | $ | 1,800.00 |
| Porch Repairs required by court | $ | 2,500.00 |
| Install Alarm & Security | $ | 1,200.00 |
| Board-Up, Install Alarm & Security | $ | 920.00 |
| Legal Retainer | $ | 12,000.00 |
| Eviction Filing | $ | 2,000.00 |
| Vacant Apt Advertisement | $ | 514.50 |
| RE Advertisement | $ | 600.00 |
| Sale Publication & Notice Costs | $ | 3,733.00 |
| Mortgage (Principal/Interest/Escrow) | $ | - |
| Mortgage (Interest) | $ | - |
| Assessments | $ | 3,053.24 |
| Landscaping | $ | 960.00 |
| Extermination | $ | - |
| Bank Fees - Tenant Returned Checks - If any | $ | 60.00 |
| Land Trust Fees | $ | 150.00 |
| Alarm Security | $ | 75.00 |
| Property Insurance | $ | 1,263.26 |
| Building Registration | $ | - |
| Scavenger | $ | 149.90 |
| Utilities: Electric | $ | 594.54 |
| Utilities: Gas | $ | 1,814.00 |
| Utilities: Water | $ | 962.18 |
| Real Estate Taxes | $ | - |
| **Total September Expenses:** | $ | 49,031.29 |
| **Net Cash** | $ | (15,397.90) |

DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.



EXHIBIT A

October 2011

NOT REALLY, LLC

|  | | Monthly Gross Rent |
|---|---|---:|
| **Total Gross Rent for October:** | $ | 32,971.39 |
| **October Expenses:** | | |
| Property Management & Overhead | $ | - |
| Property Repairs & Maintenance | $ | 1,648.57 |
| Section 8 Inspection Related Cost | $ | 1,200.00 |
| Section 8 Inspection Repairs | $ | 4,800.00 |
| Tenant Replacement Repairs | $ | 1,700.00 |
| Eviction Filing | $ | 2,000.00 |
| Advertisement | $ | 514.50 |
| Sale Costs (Court Reporter, etc.) | $ | 250.00 |
| Mortgage (Principal/Interest/Escrow) | $ | - |
| Mortgage (Interest) | $ | - |
| Assessments | $ | 1,653.24 |
| Landscaping | $ | 960.00 |
| Extermination | $ | 890.00 |
| Bank Fees - Tenant Returned Checks - If any | $ | 60.00 |
| Land Trust Fees | $ | 150.00 |
| Alarm Security | $ | 75.00 |
| Property Insurance | $ | 1,263.26 |
| Building Registration | $ | - |
| Scavenger | $ | 149.90 |
| Utilities: Electric | $ | 687.05 |
| Utilities: Gas | $ | 1,785.00 |
| Utilities: Water | $ | 125.96 |
| Real Estate Taxes | $ | - |
| **Total October Expenses:** | $ | 19,912.48 |
| **Net Cash** | $ | 13,058.91 |

**DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.**