UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 11 B 12451 |
| NOT REALLY, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Susan Pierson Sonderby |

## REVISED FIRST EXTENSION OF AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #46]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "October 31, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

DATED:                                    ENTERED:

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge
9/16/11

**Order Prepared By:**
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#333

Case 11-12451    Doc 58    Filed 09/06/11    Entered 09/07/11 10:48:55    Desc Main
Document    Page 2 of 3

September 2011

NOT REALLY, LLC

|  | Monthly Gross Rent |
|---|---:|
| **Total Gross Rent for September:** | $ 33,633.39 |
| **September Expenses:** |  |
| Property Management & Overhead | $ - |
| Property Repairs & Maintenance | $ 1,681.67 |
| Section 8 Inspection Related Cost (8 properties) | $ 1,600.00 |
| Section 8 Inspection Repairs (9 units) | $ 5,400.00 |
| Tenant Replacement Repairs | $ - |
| Work required by court | $ 6,000.00 |
| Tree Cutting & General Clean Up | $ 1,800.00 |
| Porch Repairs required by court | $ 2,500.00 |
| Install Alarm & Security | $ 1,200.00 |
| Board-Up, Install Alarm & Security | $ 920.00 |
| Legal Retainer | $ 12,000.00 |
| Eviction Filing | $ 2,000.00 |
| Vacant Apt Advertisement | $ 514.50 |
| RE Advertisement | $ 600.00 |
| Sale Publication & Notice Costs | $ 3,733.00 |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Mortgage (Interest) | $ - |
| Assessments | $ 3,053.24 |
| Landscaping | $ 960.00 |
| Extermination | $ - |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Land Trust Fees | $ 150.00 |
| Alarm Security | $ 75.00 |
| Property Insurance | $ 1,263.26 |
| Building Registration | $ - |
| Scavenger | $ 149.90 |
| Utilities: Electric | $ 594.54 |
| Utilities: Gas | $ 1,814.00 |
| Utilities: Water | $ 962.18 |
| Real Estate Taxes | $ - |
| **Total September Expenses:** | $ 49,031.29 |
| **Net Cash** | $ (15,397.90) |

DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.



EXHIBIT A

October 2011

NOT REALLY, LLC

|  | Monthly Gross Rent |
|---|---:|
| **Total Gross Rent for October:** | $ 32,971.39 |
| **October Expenses:** |  |
| Property Management & Overhead | $ - |
| Property Repairs & Maintenance | $ 1,648.57 |
| Section 8 Inspection Related Cost | $ 1,200.00 |
| Section 8 Inspection Repairs | $ 4,800.00 |
| Tenant Replacement Repairs | $ 1,700.00 |
| Eviction Filing | $ 2,000.00 |
| Advertisement | $ 514.50 |
| Sale Costs (Court Reporter, etc.) | $ 250.00 |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Mortgage (Interest) | $ - |
| Assessments | $ 1,653.24 |
| Landscaping | $ 960.00 |
| Extermination | $ 890.00 |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Land Trust Fees | $ 150.00 |
| Alarm Security | $ 75.00 |
| Property Insurance | $ 1,263.26 |
| Building Registration | $ - |
| Scavenger | $ 149.90 |
| Utilities: Electric | $ 687.05 |
| Utilities: Gas | $ 1,785.00 |
| Utilities: Water | $ 125.96 |
| Real Estate Taxes | $ - |
| **Total October Expenses:** | $ 19,912.48 |
| **Net Cash** | $ 13,058.91 |

DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.