UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | 11 B 12451 |
| NOT REALLY, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Honorable Susan Pierson Sonderby |

## SECOND EXTENSION OF AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #46]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "November 30, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

3. The matter is continued until 10:30 a.m. November 30, 2011 for status.

DATED: 11, 3, 11     ENTERED:

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#456

November 2011

## NOT REALLY, LLC

|  | | Monthly Gross Rent |
|---|---|---:|
| **Total Gross Rent for November:** | $ | 34,172.39 |
| **November Expenses:** | | |
| Property Management & Overhead | $ | - |
| Property Repairs & Maintenance | $ | 1,708.62 |
| Section 8 Inspection Related Cost | $ | 1,600.00 |
| Section 8 Inspection Repairs | $ | 5,400.00 |
| Tenant Replacement Repairs | $ | 4,600.00 |
| Install Window Bars | $ | 500.00 |
| Rod Sewer | $ | 500.00 |
| Change Locks | $ | 60.00 |
| Remove Kitchen Cabinets | $ | 250.00 |
| Roof Repairs | $ | 800.00 |
| Alarm Repair | $ | 100.00 |
| Court Expenses | $ | 25.00 |
| New Stove | $ | 400.00 |
| Tenant Clean-up | $ | 400.00 |
| Rod Sewer & Install Cap | $ | 75.00 |
| Insulation | $ | 30.00 |
| Install hood above stove | $ | 125.00 |
| Eviction Filing | $ | 2,000.00 |
| Advertisement | $ | 572.64 |
| Sale Costs (Court Reporter, etc.) | $ | 250.00 |
| Mortgage (Principal/Interest/Escrow) | $ | - |
| Mortgage (Interest) | $ | - |
| Assessments | $ | 3,008.14 |
| Landscaping | $ | 960.00 |
| Extermination | $ | - |
| Wire Transfer Fee | $ | 60.00 |
| Bank Fees - Tenant Returned Checks - If any | $ | 60.00 |
| Land Trust Fees | $ | 150.00 |
| Alarm Security | $ | 75.00 |
| Property Insurance | $ | 1,263.26 |
| Secretary of State Filing Fee | $ | 250.00 |
| Building Registration | $ | - |
| Scavenger | $ | 149.90 |
| Utilities: Electric | $ | 697.64 |
| Utilities: Gas | $ | 1,785.00 |
| Utilities: Water | $ | 2,402.69 |
| Real Estate Taxes | $ | - |
| **Total November Expenses:** | $ | 30,257.89 |
| **Net Cash** | $ | 3,914.50 |

DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.



EXHIBIT A