UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | 11 B 12451 |
| NOT REALLY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Honorable Susan Pierson Sonderby |

## THIRD EXTENSION OF AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL [Doc. #46]

This matter came before the Court for status on the Final Order Authorizing Use of Cash Collateral ("**Order**") [Doc. #46]; due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised;

IT IS HEREBY ORDERED THAT:

1. Paragraph 15 of the Order is amended and the date "August 31, 2011" is replaced with the date "December 31, 2011".

2. The budgets attached hereto as Exhibit A replace the budgets referred to in paragraph 1A of the Order.

3. The matter is continued until 10:30 a.m. December 20, 2011 for status.

DATED:    NOV 3 0 2011

ENTERED:

_____
Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

**Order Prepared By**:
Scott N. Schreiber
Shelly A. DeRousse
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603

1

SCCA/33225.002/Doc#456

**December 2011**

**NOT REALLY, LLC**

| | Monthly Gross Rent |
|---|---:|
| **Total Gross Rent for December:** | $ 33,557.39 |
| **December Expenses:** | |
| Property Management & Overhead | $ - |
| Property Repairs & Maintenance | $ 1,677.87 |
| Section 8 Inspection Related Cost | $ 800.00 |
| Section 8 Inspection Repairs | $ 3,000.00 |
| Tenant Replacement Repairs | $ 1,200.00 |
| Repair Hardwood Floor | $ 500.00 |
| Photo for tax reduction | $ 75.00 |
| Install Window Bars | $ 375.00 |
| Install Alarm & Security | $ 600.00 |
| Change Locks | $ 60.00 |
| Remove tenant sign | $ 75.00 |
| Board-up & Clean-up | $ 1,180.00 |
| Roof Repairs | $ 450.00 |
| Tuckpointing | $ 600.00 |
| Vandalism Repair | $ 2,500.00 |
| Repair Leak | $ 350.00 |
| Rod Sewer | $ 270.00 |
| New Stove/Appliance Repair | $ 400.00 |
| Court Appearance | $ 300.00 |
| Building Inspections & Court Appearance | $ 300.00 |
| Eviction Filing | $ 2,000.00 |
| Advertisement | $ 572.64 |
| Mortgage (Principal/Interest/Escrow) | $ - |
| Mortgage (Interest) | $ - |
| Assessments | $ 1,608.14 |
| Landscaping/Snow Removal | $ 960.00 |
| Extermination | $ - |
| Bank Fees - Tenant Returned Checks - If any | $ 60.00 |
| Land Trust Fees | $ 150.00 |
| Alarm Security | $ 75.00 |
| Property Insurance | $ 1,263.26 |
| Scavenger | $ 149.90 |
| Utilities: Electric | $ 728.05 |
| Utilities: Gas | $ 1,785.00 |
| Utilities: Water | $ 125.96 |
| Real Estate Taxes | $ - |
| **Total December Expenses:** | $ 24,190.82 |
| **Net Cash** | $ 9,366.57 |

DOES NOT INCLUDE DEBT SERVICE AND LEGAL EXPENSES.



EXHIBIT A